# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159504

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JVION BROWN,
        Defendant-Appellant.

SC: 159504
COA: 347144
Wayne CC: 18-001746-FC

_____/

On order of the Court, the application for leave to appeal the March 12, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J. (*concurring*).

I concur in the denial of leave to appeal but write separately to note that defendant has raised a claim of actual innocence in this Court that was not raised below. Defendant states he has new evidence in support of this claim, but he has not offered it. I note the denial is without prejudice to defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500 that may include the issue.



s0730

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2019



Clerk